# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART WOODMAN,<br>　　　　Petitioner,<br>　　v.<br>BUREAU OF PRISONS,<br>　　　　Respondent.<br>_____ | CV 11-00327 JSL (AJW)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 28, 2011　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　J. Spencer Letts
　　　　　　　　　　　　　　　　　　United States District Judge